E-FILED 07-07-10

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DIAZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES ON BEHALF OF ITS SHERIFF'S DEPARTMENT,<br><br>　　　　Defendant. | CASE NO. CV 10-1608-GHK (VBKx)<br><br>**JUDGMENT** |

　　Pursuant to our July 6, 2010 Order, Defendant County of Los Angeles on behalf of its Sheriff's Department is **DISMISSED with prejudice**.

　　**IT IS SO ORDERED**.

DATED: July 7, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　　United States District Judge